UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18 CR 708 CDP |
| | ) | |
| IRVEN L. WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>MEMORANDUM AND ORDER</u>**

This matter is before the Court on defendant Irven L. White's Motion to Dismiss Count One [51].

All pretrial motions were referred to United States Magistrate John M. Bodenhausen under 28 U.S.C. § 636(b). Judge Bodenhausen considered the motion based on the written record and the arguments of the parites. He then filed a Report and Recommendation on the motion, and recommended that it be denied. No party has objected to the recommended disposition of this motion. I have reviewed the motion, response, the evidentiary hearing and I believe Judge Bodenhausen's reasoning and conclusions are entirely correct. As there are no objections to Judge Bodenhausen's recommendation, I will adopt and sustain the thorough reasoning of Magistrate Judge Bodenhausen and will deny the motion to Dismiss Count One.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [55] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** Irven L. White's Motion to Dismiss Count One [51] is **DENIED.**

**IT IS FURTHER ORDERED** that this matter is set for a **Final Pretrial and Frye Hearing** on <u>**Thursday, June 13, 2019 at 3:00 p.m.**</u> in Courtroom 14-South.

**IT IS FURTHER ORDERED** that the **jury trial** in this matter remains set for <u>**Monday, June 17, 2019 at 8:30 a.m.**</u> in Courtroom 14-South.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of June, 2019.